1 | **GOLDEN & CARDONA-LOYA, LLP**
Jeremy S. Golden (SBN 228007)
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
Telephone: (619) 476-0030
Facsimile: (775) 898-5471
Jeremy@goldencardona.com

*Attorney for Plaintiff*
*Evertt Diaz*

**TROUTMAN SANDERS LLP**
Jessica R. Lohr (SBN 302348)
11682 El Camino Real, Suite 400
San Diego, California 92130
Telephone:   (858) 509-6000
Facsimile:    (858) 509-6040
Jessica.lohr@troutmansanders.com

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVERTT DIAZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; PORTFOLIO RECOVERY ASSOCIATES; CREDIT CONTROL CORPORATION; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.  16-CV-823 LAB (BGS)<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC ONLY**<br><br>Judge:  Hon. Larry A. Burns<br>Magistrate: Hon. Bernard G. Skomal |

Plaintiff Evertt Diaz ("Plaintiff") and Defendant Portfolio Recovery Associates, LLC ("PRA") (collectively, "the parties") hereby notify the Court that they have settled all claims between only them in this matter and are in the process of completing the final closing documents and filing dismissal papers. The claims

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL, SUITE 400
SAN DIEGO, CALIFORNIA 92130

28858922

1

16-CV-823 LAB (BGS)
NOTICE OF SETTLEMENT AS TO PRA ONLY

against the other named defendants remain.

The parties request that the Court retain jurisdiction for any matters related to completing or enforcing the settlement. The parties anticipate filing a Joint Motion for Dismissal of PRA, with prejudice, within 60 days. The parties request that all pending dates and filing requirements pertaining to PRA be vacated and that the Court set a deadline on or after September 24, 2016 for filing a joint dismissal.

Respectfully submitted,

Dated: July 26, 2016                    GOLDEN & CARDONA-LOYA, LLP

By:   */s/ Jeremy Golden*
      Jeremy S. Golden (SBN 228007)
      *Attorneys for Plaintiff*
      *Evertt Diaz*

Dated: July 26, 2016                    TROUTMAN SANDERS LLP

By:   */s/ Jessica Lohr*
      Jessica R. Lohr (SBN 302348)
      *Attorneys for Defendant*
      *Portfolio Recovery Associates, LLC*

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL, SUITE 400
SAN DIEGO, CALIFORNIA 92130

2

16-CV-823 LAB (BGS)
NOTICE OF SETTLEMENT AS TO PRA ONLY

28858922

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 26, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

*/s/ Jessica Lohr*
JESSICA R. LOHR

TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, California 92130

3

16-CV-823 LAB (BGS)
NOTICE OF SETTLEMENT AS TO PRA ONLY

28858922