Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTT DIAZ, | Case No.: 16-cv-823-LAB-BGS |
| Plaintiff, | **Notice of Settlement as to Credit Control Corporation Only** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; PORTFOLIO RECOVERY ASSOCIATES; CREDIT CONTROL CORPORATION; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Please take notice that this matter is settled with defendant Credit Control Corporation only.  This settlement does not apply to the other defendants who have not previously settled. Plaintiff requests that the Court retain jurisdiction at this time for any matters related to completing or enforcing the settlement.

Date:  August 18, 2016           _____/s/ Jeremy S. Golden_____
                                  Jeremy S. Golden
                                  Attorney for Plaintiff

1