# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTT DIAZ,<br><br>                              Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>                              Defendants. | CASE NO. 16cv823-LAB (BGS)<br><br>**ORDER DISMISSING PORTFOLIO RECOVERY ASSOCIATES, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1), the joint motion to dismiss the claims against Portfolio Recovery Associates, LLC with prejudice is **GRANTED**.

**IT IS SO ORDERED**.

DATED:  September 12, 2016

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge