# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTT DIAZ,<br><br>                          Plaintiff,<br>  vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                        Defendant. | CASE NO. 16cv823-LAB (BGS)<br><br>**ORDER OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41, the joint motion to dismiss R&B Corporation of Virginia dba Credit Control Corporation only with prejudice (Docket no. 36) is **GRANTED**.

**IT IS SO ORDERED**.

DATED: September 27, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge