1 | Jeremy S. Golden (SBN 228007)
2 | Golden & Cardona-Loya, LLP
3 | 3130 Bonita Road, Suite 200B
  | Chula Vista, CA 91910
4 | jeremy@goldencardona.com
5 | Phone: 619-476-0030; Fax: 775-898-5471
  | Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVERTT DIAZ,                                 ) | Case No.: 16-cv-823-LAB-BGS |
|                                              ) | |
|     Plaintiff,           ) | **Joint Motion to Dismiss Defendant** |
|                                              ) | **Trans Union LLC Only** |
| v.                                           ) | |
|                                              ) | |
| EXPERIAN INFORMATION                         ) | |
| SOLUTIONS, INC.; TRANS UNION                 ) | |
| LLC; PORTFOLIO RECOVERY                      ) | |
| ASSOCIATES; CREDIT CONTROL                   ) | |
| CORPORATION; and DOES 1 through              ) | |
| 10, inclusive,                               ) | |
|                                              ) | |
|     Defendants.           ) | |
|                                              ) | |

NOTICE IS HEREBY GIVEN THAT:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) the parties hereby jointly move to dismiss defendant TRANS UNION LLC, only with prejudice. Each party to bear its own costs and fees. This dismissal shall not apply to the pending claims against the other named Defendants.

//

//

DATE: September 28, 2016        BY:/s/Jeremy S. Golden _____
                                               Jeremy S. Golden
                                               Attorney for Plaintiff

DATE: September 28, 2016        BY: /s/Donald E. Bradley _____
                                               Donald E. Bradley
                                               Attorney for Trans Union, LLC

## **SIGNATURE CERTIFICATION**

      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Donald E. Bradley and that I have obtained counsel's authorization to affix his electronic signatures to this document.

DATE: September 28, 2016        BY:/s/Jeremy S. Golden _____
                                               Jeremy S. Golden
                                               Attorney for Plaintiff