# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTT DIAZ,<br><br>                              Plaintiff,<br>vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>                              Defendants. | CASE NO. 16cv823-LAB (BGS)<br><br>**ORDER DISMISSING TRANS UNION LLC ONLY** |

Pursuant to Fed. R. Civ. P. 41(a), the parties' joint motion to dismiss Trans Union LLC with prejudice (Docket no. 39) is **GRANTED**.

**IT IS SO ORDERED**.

DATED: September 30, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge