Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTT DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; PORTFOLIO RECOVERY ASSOCIATES; CREDIT CONTROL CORPORATION; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 16-cv-823-LAB-BGS<br><br>**Joint Motion to Dismiss** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and Local Rule 7.2, the parties hereby jointly move the Court to dismiss this action with prejudice. Each party to bear its own fees and costs.

DATE: October 7, 2016          BY:/s/Jeremy S. Golden_____
                                                    Jeremy S. Golden
                                                    Attorney for Plaintiff

1

DATE: October 7, 2016          BY: /s/ Douglas L. Clark_____
                                   Douglas L. Clark
                                   Attorney for Experian Information Solutions, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable Douglas L. Clark and that I have obtained counsel's authorization to affix his electronic signature to this document.

DATE: October 7, 2016          /s/Jeremy S. Golden_____
                                   Jeremy S. Golden
                                   Attorney for Plaintiff