# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

EVERTT DIAZ,

                                    Plaintiff,

        vs.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

                                    Defendants.

**CASE NO. 16 cv 00823-LAB (BGS)**

**ORDER OF DISMISSAL**

 The parties joint motion to dismiss is **GRANTED**.  Pursuant to Fed. R. Civ. P. 41(a) this action is **DISMISSED WITH PREJUDICE**.  The parties shall each bear their own costs and fees.

 **IT IS SO ORDERED**.

DATED:  October 12, 2016

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge

16cv823